FILED
AUG - 5 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25 CR 00376 |
| ANGEL DAVID, | ) | Title 18, United States Code, Section 922(g)(1), 924(a)(8), (c)(1)(A)(i), and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) |
| Defendant. | ) | JUDGE BOYKO |

COUNT 1
(Felon in Possession of Firearm, 18, U.S.C. § 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about August 8, 2024, in the Northern District of Ohio, Eastern Division, the Defendant, ANGEL DAVID, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Involuntary Manslaughter, on or about June 15, 2015, in Case Number CR-14-584785, in the Cuyahoga County Court of Common Pleas; Drug Trafficking, on or about August 16, 1995, in Case Number CR-95-324378, in the Cuyahoga County Court of Common Pleas; and Drug Trafficking, on or about August 16, 1994, in Case Number CR-94-311575, in the Cuyahoga County Court of Common Pleas, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Glock 22, .40 caliber pistol, serial number LWD955, and ammunition, said

firearms and ammunition having been shipped and transported in interstate commerce in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 2
(Possession with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about August 8, 2024, in the Northern District of Ohio, Eastern Division, Defendant ANGEL DAVID did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Possession with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about August 8, 2024, in the Northern District of Ohio, Eastern Division, Defendant ANGEL DAVID did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 4
(Possession with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about August 8, 2024, in the Northern District of Ohio, Eastern Division, Defendant ANGEL DAVID did knowingly and intentionally possess with intent to distribute a

mixture and substance containing a detectable amount of fluorofentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5

(Using or Carrying a Firearm During and in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

5. On or about August 8, 2024, in the Northern District of Ohio, Eastern Division, Defendant ANGEL DAVID did knowingly use or carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Counts 2, 3, and 4 of the Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations contained in Counts 1 through 5 of this Indictment are incorporated herein by reference. As a result of the foregoing offenses, Defendant ANGEL DAVID shall forfeit to the United States all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offenses charged herein; and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and all firearms and ammunition involved in or

used in the commission of the firearms offense charged herein; including, but not limited to: a Glock 22, .40 caliber pistol, serial number LWD955, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.